*E-FILED - 7/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **WHITT DEWANE ROBINSON**, <br>                              Petitioner, <br>     v. <br> **TOM L. CAREY**, Warden <br>                              Respondent. | C 06-6960 RMW (PR) <br><br> **ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including September 15, 2008, to file an answer to the petition for writ of habeas corpus.

DATED: 7/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge