***E-FILED - 10/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WHITT DEWANE ROBINSON, | ) | No. C 06-6960 RMW (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| vs. | ) ) | |
| TOM L. CAREY, Warden, | ) ) | (Docket No. 19) |
| Respondent. | ) ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed a motion to dismiss. Good cause appearing, petitioner's request for an extension of time (Docket No. 19) in which to file the opposition, up to and including November 24, 2008, is GRANTED.

IT IS SO ORDERED.

Dated: 10/10/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Motion for Extension of Time
P:\PRO-SE\SJ.Rmw\HC.06\Robinson960eot.wpd      1