***E-FILED - 9/30/09***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WHITT DEWANE ROBINSON, | ) | No. C 06-06960 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| TOM L. CAREY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/30/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PROSEEX1\J Murai\Robinson_judgment.wpd

1